ANNIE A. BULLARD and ARTHUR A. JOHNSON, Plaintiffs, v. MANUFACTURERS TRUST COMPANY, as Trustee under a Declaration of Trust, Dated the 21st Day of December, 1938, for Holders of Investments in a Certain Mortgage Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY and Designated as Guarantee No. 180,611 of That Company, Defendant.— Submission of a controversy upon an agreed statement of facts pursuant to section 546 of the Civil Practice Act. The issue presented is whether under the terms of a certain agreement extending a mortgage on the plaintiffs' property interest is payable at five per cent or six per cent during the period of extension. Judgment is unanimously directed for the plaintiffs, without costs. We find that the reduction of the interest from six per cent to five per cent during the period of extension was conditioned upon the payment of the installments on account of the principal and the payment of the interest quarterly at the reduced rate, and not upon an agreement to pay the balance due on the principal at the expiration of the period of extension. *Hammond* v. *Lawrence Investing Co., Inc.* (262 App. Div. 900) is distinguishable upon the explicit language used in that case. *Brighton Operating Corp.* v. *Morrison* (262 App. Div. 895) and *Royal Court Realty Co., Inc.,* v. *Thomas* (259 id. 313) are not in point. There the question involved was the interest rate after the extension agreement had expired. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

GLADYS RANDOLPH DOUGLAS, Appellant, v. JOHN C. LOUD, Respondent.— Action to recover damages for malicious prosecution. Appeal from an order granting defendant's motion to dismiss the amended complaint for " insufficiency in law " and directing the clerk to enter judgment accordingly. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

S. LEIGHTON FROOKS, Respondent, v. WILL N. CLURMAN, Appellant. (Appeal No. 1.) — Action to recover a down payment made on a contract to purchase real property. Judgment in favor of plaintiff on the merits unanimously affirmed, with costs. The agreement between the parties is a contract to convey real property and not an assignment of an existing contract. There is ample proof in the record to sustain the findings of the trial court. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

S. LEIGHTON FROOKS, Respondent, v. WILL N. CLURMAN, Appellant. (Appeal No. 2.) — Order denying defendant's motion for a new trial on the ground of newly-discovered evidence unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Petition of WALTER D. FLETCHER and J. P. MORGAN & CO. INCORPORATED, to Prove the Last Will and Testament of ANNA H. PATON, Deceased. EDITH COLLINGS SITER, Ancillary Executrix, etc., of E. HOLLINGSWORTH SITER, Deceased, Appellant; WALTER D. FLETCHER and J. P. MORGAN & Co. INCORPORATED, Proponents; J. P. MORGAN & Co. INCORPORATED, and ARTHUR D. BRENNAN, as Temporary Administrators, etc., of ANNA H. PATON, Deceased, and FRANK L. POLK and Others, Respondents.— In a proceeding on objections to the probate of a will, order of the Surrogate's Court, Westchester County, on reargument, granting appellant's motion to examine adverse parties before trial modified on the facts by striking out the date " April 19, 1937," appearing in the